IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RICHARD NEAL FRANK on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN BAYH, GARY KASEFF, RICHARD LEVENTHAL, PETER LUND, GREG NATHANSON, JEFFREY H. SMULYAN, LAWRENCE SORREL, PATRICK WALSH, and EMMIS COMMUNICATIONS CORPORATION,<br><br>Defendants. | Cause No.: 1:10-cv-01028-SEB-TAB |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for Plaintiff and Defendants, that the above captioned action and all claims therein be and hereby are discontinued without prejudice and without costs to any party.

So agreed and respectfully submitted this 13th day of October, 2010.

| | |
|---|---|
| /s/ *Gustavo Bruckner* | /s/ *Abram B. Gregory* |
| Daniel W. Krasner | Richard A. Kempf |
| Gustavo Bruckner | Abram B. Gregory |
| Scott J. Farrell | TAFT STETTINIUS & HOLLISTER LLP |
| WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP | One Indiana Square, Suite 3500 |
| 270 Madison Avenue | Indianapolis, Indiana 46204-2023 |
| New York, New York 10016 | (317) 713-3500 (Telephone) |
| Tel: (212) 545-4600 | (317) 713-3699 (Facsimile) |
| Fax: (212) 545-4653 | rkempf@taftlaw.com |
| bruckner@whafh.com | |
| | *Counsel for Defendants Gary Kaseff, Richard Leventhal, Greg Nathanson, Jeffrey H. Smulyan, Patrick Walsh, and Emmis Communications Corp.* |
| *Counsel for Plaintiff Richard Neal Frank* | |

          */s/ Anne N. DePrez*
Anne N. DePrez
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204-3535
(317) 231-7730
anne.deprez@btlaw.com

***Counsel for Defendants Susan Bayh and Peter Lund***

*/s/ Daniel J. Leffell*
Daniel J. Leffell
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3218
Fax: (212)492-0218

***Counsel for Defendants Jeffrey H. Smulyan, Gary Kaseff, Patrick Walsh, Greg Nathanson, Richard Leventhal, and Emmis Communications Corp.***

Acknowledged.

10/15/2010
Date

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana